# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMRAN ALAKBAROV,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOS ANGELES ASYLUM OFFICE OF THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>　　　　Defendants. | Case No.: 23-cv-1825-CAB-DDL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>[Doc. No. 4] |

Having reviewed and considered the Joint Motion to Dismiss, and finding good cause therefor, it is hereby **ORDERED** that the Joint Motion is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is directed to close this case.

It is **SO ORDERED.**

Dated: November 13, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　United States District Judge